# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**H&R BLOCK FINANCIAL ADVISORS, INC.,**

         **Plaintiff,**

vs.

**JAMES M. FLEMING, et al.,**

         **Defendants.**
_____/

CASE NO.  05-72783

DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

## ORDER OF DISMISSAL

On March 9, 2006, the court entered an Order to Show Cause why the case should not be dismissed for lack of progress in accordance with Local Rule 41.2.  Plaintiff having failed to respond in writing or otherwise show good cause why this action should not be dismissed for lack of progress pursuant to Local Rule 41.2:

Accordingly,

**IT IS ORDERED** that the above-captioned action is hereby **DISMISSED** without prejudice for lack of progress.

         s/   DENIE PAGE HOOD
         DENISE PAGE HOOD
         UNITED STATES DISTRICT JUDGE

Dated: March 29, 2006

I hereby certify that a copy of the foregoing document was served upon Royce Woodson Smith, Esq. and Saul Ewing, Esq., 1500 Market St., 38th Floor, Phildadelphia PA 19102 on March 29, 2006, by electronic and/or ordinary mail.

         s/William F. Lewis
         Case Manager